**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DEURSLA LASHAY BARRON**                                              **PLAINTIFF**

**V.**                          **CASE NO.  3:20-cv-00188 JM**

**CURTIS TATE**                                                                **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 20th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE